UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENA LONDON,<br><br>     Plaintiff,<br><br> -against-<br>SONY MUSIC PUBLISHING,<br><br>     Defendant. | 25cv06647 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  If Defendants move to dismiss the complaint and wish to seek a stay of discovery while a motion to dismiss is pending, they shall file a letter-motion seeking a stay of discovery simultaneously with their motion to dismiss. Plaintiff's opposition to any letter-motion to stay discovery shall be due 14 days after any such letter-motion is filed.

DATED: August 29, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge