UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENA LONDON,<br><br>                    Plaintiff,<br><br>    -against-<br><br>SONY MUSIC PUBLISHING,<br><br>                    Defendants. | 25-CV-6647 (VSB) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       This action is scheduled for a telephonic status conference on **September 22, 2025 at 2:00 PM**. The partes should be prepared to discuss the status of the case. Pro se Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 275 639 594#.**

DATED:  September 10, 2025
              New York, NY

                                                SO ORDERED.

                                                _____
                                                **ROBYN F. TARNOFSKY**
                                                United States Magistrate Judge