UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENA LONDON,<br><br>                    Plaintiff,<br><br> -against-<br>SONY MUSIC PUBLISHING,<br><br>                    Defendant. | 25cv06647 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As discussed at the telephonic status conference held on September 22, 2025, Plaintiff my file an amended complaint by **October 6, 2025.** That amended complaint will replace and not supplement all prior versions of the complaint; therefore, if there are factual allegations that Plaintiff wishes the Court to consider, Plaintiff shall include those allegations in the amended complaint.

      Defendant shall respond to the amended complaint by **November 3, 2025.** If Defendant moves to dismiss the amended complaint, Plaintiff shall have until **December 1, 2025** to oppose the motion to dismiss and Defendant shall have until **December 15, 2025** to file a reply in further support of the motion to dismiss.

      Plaintiff's motion to compel formal disclosure of additional parties (ECF 18) is DENIED without prejudice as premature.

      If the parties are unable to productively meet and confer by telephone or video conference, they may meet and confer by exchange of email messages.

      The Clerk of Court is respectfully requested to terminate ECF 18.

DATED:  September 22, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge