UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SENA LONDON, Plaintiff,

v.

SONY MUSIC PUBLISHING (US) LLC, Defendant.

Case No. 25-cv-6647 (VSB)(RFT)

## PLAINTIFF'S MOTION TO RESET DEADLINES FOLLOWING EARLY FILING OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Sena London (Pro Se), respectfully moves this Honorable Court to adjust the briefing schedule previously established in the Court's September 22, 2025 Order (ECF No. 23), in light of Plaintiff's early filing of the Opposition to Defendant's Motion to Dismiss.

### BACKGROUND

1. On September 22, 2025, the Court entered an Order directing that: (a) Defendant respond to the Amended Complaint by November 3, 2025; (b) Plaintiff file any opposition to a motion to dismiss by December 1, 2025; and (c) Defendant file any reply by December 15, 2025.

2. Defendant filed its Motion to Dismiss on November 3, 2025.

3. Plaintiff filed the Opposition to Defendant's Motion to Dismiss on November 4, 2025, nearly one month before the December 1 deadline.

4. To ensure orderly and accurate docket management, Plaintiff respectfully requests that the Court reset Defendant's reply deadline to reflect Plaintiff's early opposition filing.

### REQUESTED RELIEF

Plaintiff respectfully requests that the Court issue an order:

a. Resetting Defendant's reply deadline to fourteen (14) days from the date of this filing, consistent with Rule 6 of the Federal Rules of Civil Procedure and Local Civil Rule 6.1(b)(3); and

b. Confirming that no further briefing is required from Plaintiff absent further leave of Court.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court adjust the current briefing schedule to reflect the early filing of Plaintiff's Opposition to Defendant's Motion to Dismiss on November 4, 2025, and reset Defendant's reply deadline accordingly.

Respectfully submitted,

Dated: November 4, 2025

Bloomington, Illinois

/s/ Sena London

SENA LONDON (Pro Se),
MS in Apllied Data Science Candidate,
Cybersecurity Analyst

Plaintiff's motion to reset the deadline for Defendants' reply in further support of the motion to dismiss is DENIED. It is typical for counsel to plan their schedules based on filing dates, and it can be difficult to expedite a response to an early filing in light of other obligations. Defendants may of course file their reply before the deadline. Plaintiff has no further obligations to make any filings in further opposition to the motion to dismiss absent an order of this Court.

The Clerk of Court is respectfully requested to terminate ECF 30.

Dated: November 5, 2025
New York, NY

SO ORDERED.

_____
Robyn F. Tarnofsky
UNITED STATES MAGISTRATE JUDGE

**Additional Note:**

It is unethical and contrary to public policy to use members of protected classes as instruments of corporate image or diversity representation while engaging in discriminatory, deceptive, or stigmatizing practices toward those same individuals. Such conduct undermines the principles of equal opportunity and accountability that underlie the ADA, SOX, and related statutes, and supports the need for transparent judicial oversight in this matter.