UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SENA LONDON,

                Plaintiff,

-against-

SONY MUSIC PUBLISHING,

                Defendant.

25-CV-06647 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Per the Court's decision staying discovery (ECF 37), the Initial Case Management Conference scheduled for December 8, 2025 is adjourned sine die.

DATED:  November 17, 2025
             New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**

United States Magistrate Judge