UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENA LONDON, <br><br>                 Plaintiff, <br><br>      -against- <br> SONY MUSIC PUBLISHING, <br><br>                 Defendant. | 25-CV-06647 (VSB) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff has requested that I cancel the conference scheduled for December 2, 2025 because of his school exams and that I rule on Defendant's letter (ECF 41) on the papers. (See ECF 43.) In light of Plaintiff's school exams, the conference scheduled for December 2, 2025 is CANCELLED.

Defendant points out in its letter that Plaintiff's filings mean that Defendant is responding to a moving target in supporting its motion to dismiss the Amended Complaint (ECF 27), because Plaintiff has made filings of two additional exhibits in connection with his opposition to Defendant's motion to dismiss (ECF 38, ECF 40), after filing his original opposition to the motion to dismiss (ECF 31). (See ECF 41.) Plaintiff responds that his submissions do not amend his Amended Complaint, but instead are evidence in support of his Amended Complaint, and therefore that he should be permitted to file additional materials in connection with this opposition to the motion to dismiss. (See ECF 43.)

It is not yet time for exchanging evidence with the opposing party and for submitting evidence to the Court. Because of my decision staying discovery (ECF 37), the exchange of evidence between parties will not occur until after a decision by Judge Broderick on

Defendant's motion to dismiss. Submitting evidence to the Court in support of the Amended Complaint is also premature. Defendant has moved to dismiss the Amended Complaint (ECF 27). Under Federal Rule of Civil Procedure Rule 12, Judge Broderick will decide whether the Amended Complaint is legally sufficient based only on the allegations in the Amended Complaint along with any factual claims made by Plaintiff in opposition to the motion to dismiss. When considering the motion to dismiss, Judge Broderick will assume that all of Plaintiff's factual allegations are true; Judge Broderick will decide whether those allegations, if true, are sufficient to support Plaintiff's claims. If Judge Broderick finds that Plaintiff's factual allegations, if true, are sufficient to support any of Plaintiff's claims, then the case will proceed to the stage where evidence is exchanged. It is only after the evidence exchanging stage is over that it will be the proper time for the parties to present evidence to the Court.

As a practical matter, Defendant is correct that it is entitled to respond to any submissions made by Plaintiff in connection with the motion to dismiss; Defendant is also correct that it should be permitted enough time to draft its response to submissions by Plaintiff in connection with the motion to dismiss. (See ECF 41.) The deadline for Plaintiff's opposition to Defendant's motion to dismiss is today, December 1, 2025, and, based on that deadline, Defendant has until December 15, 2025 to file its reply in further support of its motion to dismiss. (See ECF 23.) Accordingly, if Plaintiff makes any further filings on the docket in support of his Amended Complaint, I will extend Defendant's time to oppose the motion to dismiss for 14 days; to be clear, Defendant shall have until two weeks after Plaintiff's last filing in support of his Amended Complaint, or until December 15, 2025, whichever is later, to file its reply in further support of the motion to dismiss. Thus, if Plaintiff makes further filings in support of the

Amended Complaint after December 1, 2025, Defendant's deadline to file its reply will be extended, which will delay Judge Broderick's consideration of the motion to dismiss and will slow down the progress of this case. Additionally, if Plaintiff makes further filings in support of the Amended Complaint after Defendant files its reply, Judge Broderick may choose not to consider the filing, and if he does choose to consider the filing, I will grant Defendant time to make a supplemental filing to respond to Plaintiff's filing. Therefore, if Plaintiff would like to avoid delay in the progress of this case, he should not make further filings to support the Amended Complaint until after Judge Broderick rules on Defendant's motion to dismiss. If Judge Broderick decides that the case may proceed, the parties will have time afterwards to exchange evidence and then to submit evidence to the Court.

DATED:  December 1, 2025
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**

United States Magistrate Judge