UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SENA LONDON,

                Plaintiff,

    -against-
SONY MUSIC PUBLISHING,

                Defendant.

25-CV-06647 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's application to supplement the record (ECF 48) is **GRANTED** and Defendants' motion for leave to file an opposition (ECF 49) is **GRANTED**. Plaintiff is reminded that any supplementation of the record is likely to delay resolution of his claims. Defendants' arguments on the merits of Plaintiff's most recent additions to the record (ECF 50) will be considered at the same time as the merits of Defendants' arguments in support of the pending motion to dismiss. Plaintiff's motion for a ruling on the motion to dismiss (ECF 52) is **DENIED** as moot; the Court will rule on the motion to dismiss, but that motion is not the only motion before the Court, and many such motions were filed before the motion to dismiss in this matter.

The Clerk of Court is respectfully requested to terminate ECF 48, ECF 49, and ECF 52 .

DATED:  April 29, 2026
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**

United States Magistrate Judge