UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SENA LONDON,

Plaintiff,

-against-

SONY MUSIC PUBLISHING,

Defendant.

25-CV-06647 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a status conference on **Friday August 7, 2026 at 11:00 AM**. The parties should be prepared to discuss Plaintiff's Motion For Leave To File Second Amended Complaint (ECF 57). Pro se Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 584 847 634#.**

DATED: July 31, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge