Morgan Lewis

**Melissa D. Hill**
212-309-6318
melissa.hill@morganlewis.com

August 3, 2026

**VIA ECF**

The Honorable Vernon S. Broderick, U.S. District Judge
U.S. District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

The Honorable Robyn F. Tarnofsky, U.S. Magistrate Judge
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The deadlines for Defendant's responses to Plaintiff's Objections to Magistrate Judge Tarnofsky's Report and Recommendation and Plaintiff's Motion for Leave to File a Second Amended Complaint are hereby stayed pending the outcome of the August 7, 2026 status conference.

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 8/4/2026

Re: *Sena London v. Sony Music Publishing*, Case No. 1:25-cv-06647

Dear Judges Broderick and Magistrate Judge Tarnofsky:

We represent Defendant Sony Music Publishing (US) LLC ("SMP") in the above referenced matter. We write to respectfully request that certain pending deadlines relating to Plaintiff's recent filings be stayed in light of the July 31, 2026 Order setting a status conference for August 7, 2026.

On July 27, 2026, Magistrate Judge Tarnofsky issued a Report and Recommendation (Dkt. 54, "R&R") regarding SMP's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 32). In her R&R, Judge Tarnofsky recommends granting SMP's Motion in full, with leave for Plaintiff to amend certain claims following a recommended dismissal without prejudice. *See* R&R. That same day, Plaintiff filed his "Objections to the Report and Recommendation and Request for Consideration of Omitted and Later-Discovered Evidence."[1] (Dkt. 55, "Objections"). Subsequently, on July 29, 2026, Plaintiff filed a Motion for Leave to File a Second Amended Complaint.[2] (Dkt. 57, "Motion for Leave").

[1] Although the Court's Electronic Case Filing ("ECF") system reflects that Plaintiff filed his Objections on July 27, 2026, the ECF docket entry reflects that the filing was entered on July 29, 2026. (*See* Dkt. 55). Plaintiff did not independently serve the filing upon counsel for SMP. As such, for purposes of calculating time to respond to Plaintiff's Objections, SMP interprets the deadline to run from the date of service, i.e., July 29, 2026, pursuant to Federal Rule of Civil Procedure 72(b)(2).

[2] As with his Objections, Plaintiff's Motion for Leave was not served upon counsel for SMP and was entered onto the docket two days after initially filed, on July 30, 2026. SMP thus interprets the deadline to run from July 30, 2026.

On July 31, 2026, Judge Tarnofsky issued an Order scheduling a status conference for August 7, 2026, which indicated the parties should be prepared to discuss Plaintiff's Motion for Leave. (Dkt. 58).

SMP understands its deadlines to respond to Plaintiff's Objections and Motion for Leave to be August 12 and 13, 2026, respectively. In light of the scheduled status conference to discuss Plaintiff's pending Motion for Leave, SMP respectfully requests that those two response deadlines be stayed pending the issuance of an order or other direction from Judge Tarnofsky following the scheduled conference. Given the uncertainty as to what briefing may ultimately be required of SMP, such a stay would streamline briefing on overlapping issues and avoid the unnecessary expenditure of resources.

Defendant has corresponded with Plaintiff, a pro se litigant, to request his consent to such an adjournment. Plaintiff refused to consent, and he also refused to provide any reason for his refusal. No other adjournments of these deadlines have been requested.

In light of the foregoing, SMP respectfully requests that pending deadlines for SMP to respond to Plaintiff's Objections to the Report and Recommendation and Motion for Leave be adjourned pending the outcome of the currently scheduled August 7, 2026 conference.

Respectfully,

*/s/ Melissa D. Hill*
Melissa D. Hill

CC: Sena London
aristideoscar@yahoo.fr
Plaintiff