UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENA LONDON,<br>Plaintiff,<br>-against-<br>SONY MUSIC PUBLISHING,<br>Defendant. | 25-CV-06647 (VSB) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff sent two emails and a letter in response to ECF 59 to Pro Se filing and copied my chambers. The emails and attached letter are attached hereto as Exhibit A and B. The Court will address ECF 59 and Plaintiff's response at the telephonic conference on Friday August 7, 2026.

DATED: August 4, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# EXHIBIT A

**Tarnofsky NYSD Chambers**

| | |
|---|---|
| **From:** | Aristide Oscar <aristideoscar@yahoo.fr> |
| **Sent:** | Monday, August 3, 2026 4:40 PM |
| **To:** | Pro Se Filing |
| **Cc:** | melissa.hill@morganlewis.com; Tarnofsky NYSD Chambers; imani.gunn@morganlewis.com |
| **Subject:** | London v. Sony Music Publishing (US) LLC, No. 1:25-cv-06647 (VSB) (RFT) - Plaintiff's Letter Response to Defendant's August 3, 2026 Letter Motion (ECF 59) |
| **Attachments:** | PLAINTIFF'S-LETTER-RESPONSE-IN-OPPOSITION-TO DEFENDANT'S-ECF 59.pdf |

**CAUTION - EXTERNAL:**

Dear Clerk of Court,
Please find attached for filing Plaintiff's Letter Response in Opposition to Defendant's August 3, 2026 Letter Motion to Stay in London v. Sony Music Publishing (US) LLC, Case No. 1:25-cv-06647 (VSB) (RFT).
Thank you for your attention to this matter.

Respectfully,

Sena London
Plaintiff, Pro Se
P.O. Box 15342
Beverly Hills, CA 90209

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SENA LONDON,**

Plaintiff,

v.

**SONY MUSIC PUBLISHING (US) LLC,**

Defendant.

Case No. 25-cv-06647 (VSB) (RFT)

**PLAINTIFF'S LETTER RESPONSE IN OPPOSITION TO DEFENDANT'S AUGUST 3, 2026 LETTER MOTION TO STAY (ECF 59)**

Dear Judge Broderick and Magistrate Judge Tarnofsky,

Your Honors, Plaintiff respectfully respectfully opposes Defendant's August 3, 2026 letter motion requesting a stay of Defendant's deadlines to respond to Plaintiff's Objections to the Report and Recommendation and Plaintiff's Motion for Leave to File a Second Amended Complaint. Defendant has not shown good cause for the requested stay, and the upcoming August 7, 2026 conference does not excuse Defendant from responding within the existing deadlines.

Defendant also asks the Court to rely on the timing of docket entries and states that Plaintiff did not independently serve the filings. Plaintiff respectfully submits that he is a pro se litigant and is not responsible for administrative delays in the Clerk's processing or the timing of docket entry. Any delay between submission and docketing is outside Plaintiff's control.

Defendant's email asked only whether Plaintiff would consent to the requested stay. Plaintiff timely responded that he did not consent and intended to oppose any request to stay Defendant's response deadlines. Plaintiff therefore respectfully submits the attached email correspondence as **Exhibit A** so the Court may review the parties' actual exchange.

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Defendant's request to stay its response deadlines. Alternatively, if the Court determines that a stay is warranted, Plaintiff respectfully requests that any stay be granted only upon a finding of good cause or that it serves the interests of judicial economy.

Dated: August 3rd, 2026

Respectfully submitted,

Sena London
Plaintiff, Pro Se,
PO BOX 15342, Beverly Hills, CA 90209

**Exhibit A**: August 3, 2026 communication

**On Mon, Aug 3, 2026 at 5:52 AM, Hill, Melissa D. <melissa.hill@morganlewis.com> wrote:**

Mr. London,

In light of the Court's order below and the telephone conference scheduled for August 7, 2026, we intend to ask the Court to temporarily stay Defendant's response to Plaintiff's objections to the R&R and the motion for leave to file a second amended complaint.

Can you please let us know by **3 pm est on Monday, August 3, 2026**, whether you would consent to such request, as we need to let the court know your position? We appreciate your prompt attention to the matter given the quickly approaching deadlines, the likelihood that Plaintiff's submissions are likely to be addressed, at least in part, but the August 7 conference, and the desire to proceed as efficiently as possible.

Regards,
Melissa

**Melissa D. Hill**
Pronouns: She/Her/Hers
Morgan, Lewis & Bockius LLP
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6318 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Roberta A. Leone | +1.212.309.6647 | roberta.leone@morganlewis.com
melissa.hill@morganlewis.com | www.morganlewis.com

To: melissa.hill@morganlewis.com, Cc: Gunn,, and 1 other · Mon, Aug 3 at 6:05 AM

Thank you for your email.
I do not consent to the requested stay.
I intend to oppose any request to temporarily stay Defendant's response to my objection to the Report and recommandation and my motion for leave to file a second amended complaint.

Please advise the Court accordingly,

Sena London,

# EXHIBIT B

**Tarnofsky NYSD Chambers**

---

| | |
|---|---|
| **From:** | Aristide Oscar <aristideoscar@yahoo.fr> |
| **Sent:** | Tuesday, August 4, 2026 11:26 AM |
| **To:** | matthew.gonzales@morganlewis.com; Tarnofsky NYSD Chambers; Hill, Melissa D.; Gunn, Imani D. |
| **Subject:** | Re: London v. Sony Music Publishing, No. 1:25-cv-06647-VSB-RFT |

**CAUTION - EXTERNAL:**

Dear Judge,
As reflected in my docket submission, Plaintiff timely submitted the filing to the Pro Se Office and is not responsible for any delay in docketing.

Unfortunately, docketing has become one of the most challenging aspects of proceeding pro se. I have had to follow up with the Clerk's Office multiple times before filings were docketed, and on some occasions was put on hold forever. These delays are beyond Plaintiff's control.

Just last week, I had to contact the Clerk's Office to have an incorrectly docketed file removed and replaced with the correct filing. Earlier in this case, Defendant also use this docketing delay in its advantage. The plaintiff service is delivered through the ProSe office and the Court system.

Accordingly, if Defendant has any issue regarding service resulting from the timing of docketing, that issue should be addressed to the Clerk's Office, unless the Court orders otherwise.

Sincerely,

Sena London

On Mon, Aug 3, 2026 at 11:31 AM, Gonzales, Matthew <matthew.gonzales@morganlewis.com> wrote:

Dear Judge Tarnofsky,

Attached is a filed copy of Defendant Sony Music Publishing's request to stay certain deadlines in the above-referenced matter.

Sincerely,

**Matthew Gonzales**
Paralegal
Pronouns: He/Him/His
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6934 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
matthew.gonzales@morganlewis.com | www.morganlewis.com

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.