UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SENA LONDON,

Plaintiff,

-against-

SONY MUSIC PUBLISHING,

Defendant.

25-CV-06647 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I issued a report and recommendation to Judge Vernon S. Broderick on Defendants' motion to dismiss Plaintiff's first amended complaint, recommending that some claims be dismissed with prejudice and that the remaining claims be dismissed with leave to replead. (ECF 54.) Plaintiff filed an objection and also filed a motion for leave to file a proposed second amended complaint repleading the claims I recommended dismissing without prejudice and some but not all of the claims I recommended dismissing with prejudice. Defendants asked for a stay of the deadline for objecting to the report and recommendation and for responding to the motion for leave to file a proposed second amended complaint (ECF 59); the request for a stay was granted. (ECF 60.)

I held a status conference on August 7, 2026. At that conference, the parties agreed to the following:

1. The motion to dismiss the first amended complaint (**ECF 27**) is withdrawn without prejudice to Defendants' relying on the briefing in support of that motion in connection with an anticipated motion to dismiss a second amended complaint.

2. Defendants consent to the filing of the proposed second amended complaint, without prejudice to filing a motion to dismiss. Accordingly, the motion to file a proposed second amended complaint (**ECF 57**) is granted on consent. The document appearing at pages through 5 through 44 of ECF 57 (using the blue ECF-generated page numbers) is now the operative complaint.
3. Defendants may file a motion to dismiss the second amended complaint by **September 9, 2026**. In supporting that motion, Defendants may rely on their prior briefing in support of the motion to dismiss the first amended complaint and also file a supplemental brief in support of dismissing the second amended complaint. Plaintiff shall file his opposition to the motion to dismiss by **September 23, 2026.** Defendants shall file their reply in further support of the motion to dismiss the second amended complaint by **October 7, 2026.**
4. Defendants need not respond to any filings made by Plaintiff other than his opposition to the motion to dismiss the second amended complaint, unless the Court requests that they do so. Defendants may respond if they choose. Whether or not Defendants file a response to any such extra filings by Plaintiff, the Court expects to consider his filings.
5. The stay of discovery remains in place pending a decision on Defendants' anticipated motion to dismiss the second amended complaint.
6. Plaintiff's second amended complaint does not replead Plaintiff's claims under Title VII of the Civil Rights Act of 1964, the Sarbannes-Oxley Act, SEC Rule 21F-17, and Intentional Infliction of Emotional Distress under New York State Law, which I recommended dismissing with prejudice. In connection with Defendants' motion to

dismiss the second amended complaint, Defendants shall ask the Court to dismiss with prejudice the claims that were not repleaded and that I recommended dismissing with prejudice.

The Clerk of Court is respectfully requested to terminate **ECF 27 and 57**.

DATED: August 7, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge